UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Chattanooga_



FILED

MAR 2 4 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Kodi De'lon                )

Johnson                    )

_____    )

(Enter above the NAME of the
plaintiff in this action.)          )

   v.                        )

Erlanger East           )

Hamilton County Jail    )

Erlanger Sport          )

(Enter above the NAME of each
defendant in this action.)           )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.     PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES (   ) NO (   )

    B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Hamilton County Jail_

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? _I wrote multiple grievances and medical requests to no avail._

2. What was the result? _I was given an MRI scan and taken to Erlanger Sports, but no surgery or therapy was done in accordance with Dr. orders_

D. If your answer to B is NO, explain why not. _N/A_ _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

2.     What was the result? _____

_____

III.    PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.     Name of plaintiff: Kodi De'lon Johnson

Present address: Hamilton County Detention Center

Permanent home address: 6319 Walden Avenue, Chatt, TN 37421

Address of nearest relative: 6317 Walden Avenue, Chatt, TN 37421

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.     Defendant: Erlanger East

Official position: Doctor

Place of employment: Erlanger East Hospital

C.     Additional defendants: Erlanger sport (Doctor) @ Erlanger East Hospital, Hamilton County Detention Center (Nurses + staff) Hamilton County Detention Center / Silverdale

IV.    STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Since 03·09·2025 I've suffered from a torn Acl and Torn Miniscus in my right Knee, at the

3

hands of Chattanooga Police Department, while suffering from a dog bite from the police Dept. dog that spanned from my right shoulder to my hand. I was taken to Erlanger East where I was sewn up with stitches from the dog bite. I recieved an X-ray which showed no broken bones in my knee, but wasn't given an MRI scan to diagnose my Torn ACL & Miniscus. I was given a knee brace and Told I wouldn't recieve an MRI scan because " I'm You're not a famous sports player." I was transported to Silverdale Jail where the nurse informed me the Dr. at Erlanger should've given me an MRI scan because they could get in trouble for denying me proper medical treatment. I've been in Hamilton County Silverdale/Jail since 03.09.25 and still havent recieved therapy or surgery, I've only been given Tylenol and Infhmmetrin pills. Drs at Erlanger sports Agreed that I need surgery and therapy but said he wouldn't do surgery on me because I could get an infection in my knee from surgery and no therapy. I've lost bone density and my knee pops all day and night and I fear I wont be able to chase my kids or get a job to provide for my family because of Silverdale 4 and Drs Negligence.
Hamilton County Jail

V.    RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

I want to be provided surgery to fix
my knee and therapy. I also would like
compensation for pain and suffering since
03.09.25

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____16th_____ day of ___February___ , 20 26 .

Signature of plaintiff(s)

5



Kodi De'lon Johnson #506866
C/o Hamilton County Detention Center
7609 Standifer Gap Road
Chattanooga TN 37422

Joel W. Solomon Federal Building
United State
900 Georgia
Chattan...

INMATE MAIL

This letter has been ... by an
inmate ... Hamilton County
Sheriff's Office is ... responsible
for the contents of this letter.

6 MAR 2026 AM 2 L      FWD

CHATTANOOGA TN 373

FOREVER / USA

UNIT800    372  4C 1    # C7206/21/26
UNABLE TO FORWARD/FOR REVIEW
                        **####**

BC: 37402999955 DU *0147-05544-06-28